## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:12CR186** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| JOSE LUIS FONSECA RAMIREZ, | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion of defendant Jose Luis Fonseca Ramirez (Fonseca Ramirez) for leave to file a motion to suppress out of time (Filing No. 72).  Trial of this matter is scheduled for June 25, 2013, before Chief Judge Smith Camp and a jury.  The motion deadline and trial of this matter have been continued in the past.  The motion for leave to file a motion to suppress out of time is denied.  This matter will proceed to trial as scheduled.

**IT IS SO ORDERED.**

DATED this 10th day of June, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge