IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                          )<br>                       Plaintiff,          )<br>                                                          )<br>              vs.                                   )<br>                                                          )<br>JOSE LUIS FONSECA RAMIREZ, )<br>                                                          )<br>                       Defendant.       )<br>                                                          ) | 8:12CR186<br><br>ORDER |

   This matter is before the court on the unopposed defendant's motion to continue trial [108] as counsel awaits a ruling on the Motion to Suppress. The court finds good cause being shown and the trial will be continued. The defendant has complied with NECrimR 12.1(a).

   **IT IS ORDERED** that the motion to continue trial is granted, as follows:

   1.  The jury trial now set for July 23, 2013 is continued to **September 10, 2013.**

   2.  In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and September 10, 2013**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

   **DATED July 16, 2013.**

                                             BY THE COURT:

                                             s/ F.A. Gossett
                                             **United States Magistrate Judge**